**Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000366
30-JUN-2015
02:22 PM**

NO. CAAP-15-0000366

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

U.S. BANK NATIONAL ASSOCIATION, as Trustee for the Holders of the
Bear Stearns Alt-A Trust 2006-3 Mortgage Pass-Through
Certificates, Series 2006-3, Plaintiff-Appellee,
v.
SCOTT ALLEN STROBEL and STEPHANIE ANN STROBEL,
Defendants-Appellants,
and
BANK OF AMERICA, N.A. and MILILANI TOWN ASSOCIATION,
Defendants-Appellees,
and
JOHN DOES 1-20, JANE DOES 1-20, DOE CORPORATIONS 1-20,
DOE ENTITIES 1-20, and DOE GOVERNMENTAL UNITS 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-0474)

ORDER DISMISSING THE APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) On April 24, 2015, Defendants-Appellants Scott
Allen Strobel and Stephanie Ann Strobel (Appellants), pro se,
filed a notice of appeal;

(2) On May 7, 2015, the circuit court clerk filed the record on appeal, and the appellate clerk notified Appellants that the statement of jurisdiction and opening brief were due by May 18, 2015, and June 16, 2015, respectively;

(3) Appellants did not file either document;

(4) On June 19, 2015, the appellate clerk notified Appellants that the time for filing the statement of jurisdiction and opening brief had expired and, pursuant to Hawai'i Rules of Appellate Procedure Rule 30, the matter would be called to the court's attention on June 29, 2015, for such action as the court deems proper, which could include dismissal; and

(5) Thereafter, Appellants did not file the statement of jurisdiction or opening brief, or respond to the notice of default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, June 30, 2015.

Presiding Judge

Associate Judge

Associate Judge